1

2

3              UNITED STATES DISTRICT COURT

4            NORTHERN DISTRICT OF CALIFORNIA

5

6    SUMMA RESOURCE HOLDINGS
     LLC,                                    Case No. 15-cv-05334-TEH
7
                    Plaintiff,
8                                            **ORDER DENYING PLAINTIFF'S**
            v.                               **MOTION FOR LEAVE TO FILE**
9                                            **MOTION FOR RECONSIDERATION**
     CARBON ENERGY LIMITED,
10
                    Defendant.
11

12          On May 5, 2016, this Court dismissed the above-captioned action on the basis of

13   *forum non conveniens*.  Docket No. 37.  Pursuant to Civil Local Rule 7-9, a party may

14   move for leave to file a motion for reconsideration under one of three categories.  Here,

15   Plaintiff files the instant motion based upon "a manifest failure by the Court to consider

16   material facts or dispositive legal arguments" which were presented to the Court.  *See* Civ.

17   L.R. 7-9(b)(3).  Plaintiff contends that the Court applied "an incorrect standard of

18   deference" to its choice of forum in the Court's *forum non conveniens* analysis.

19          In its dismissal order, the Court considered and discussed the legal arguments raised

20   by Plaintiff in connection with the instant motion.  *See* Order at 6-7.  The Court cited

21   *Carijano v. Occidental Petroleum Corp.*, 643 F.3d 1216 (9th Cir. 2011), which Plaintiff

22   identifies in support of its contention that the Court applied an incorrect standard.

23   Furthermore, the Court explained its reasoning for affording slightly less deference to

24   Plaintiff's choice of forum in its *forum non conveniens* balancing analysis; therefore it

25   clearly considered Plaintiff's argument.  A motion for reconsideration is not the proper

26   instrument for disagreement with the Court's analysis.  *See AF Holdings LLC v. Trinh*, No.

27   12-CV-2392-CRB, 2012 WL 6087269, at *1 (N.D. Cal. Dec. 6, 2012).

28

United States District Court
Northern District of California

1    Plaintiff has failed to show a manifest failure by the Court such that granting leave

2 to file a motion for reconsideration would be warranted.  Accordingly, Plaintiff's Motion

3 for Leave to File a Motion for Reconsideration is hereby DENIED.

4

5 **IT IS SO ORDERED.**

6

7 Dated:  05/16/16                    _____

                                     THELTON E. HENDERSON
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2