UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMA RESOURCE HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CARBON ENERGY LIMITED,<br><br>    Defendant. | Case No. 15-cv-05334 TEH<br><br>**JUDGMENT** |

On May 5, 2016, the Court entered its Order Dismissing Action On *Forum Non Conveniens* Grounds (docket #37), which dismissed this action on the basis of *forum non conveniens*. Pursuant to that Order, it is hereby ordered, judged and decreed that judgment in this case is entered in favor of defendant Carbon Energy Limited. Plaintiff Summa Resource Holdings LLC shall recover nothing on its Complaint. Plaintiff's claims are dismissed without prejudice to Plaintiff asserting them in Queensland, Australia.

**IT IS SO ORDERED.**

Dated: 5/16, 2016

_____

UNITED STATES DISTRICT JUDGE